

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**FRANK MISITI**
PARTNER
(516) 357-3354
frank.misiti@rivkin.com

December 4, 2020

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> GRANTED. The Initial Pretrial Conference is adjourned to January 13, 2021 at 12:00PM. The filings in advance of the conference should be submitted on week in advance. SO ORDERED.
>
> Date: 12/7/2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

Re: *Guy Carpenter & Company LLC v. Safepoint Insurance Company,* Civil Action Number 20-cv-08063-MKV
RR File No.: 5239-1

Dear Judge Vyskocil:

     This Firm represents the Defendant Safepoint Insurance Company ("Safepoint") in this matter. We write pursuant to Your Honor's Individual Practice Rule 2(G), to request a one-week adjournment of the telephonic Initial Pre-Trial Conference presently scheduled for January 6, 2020 at 12:00. The reason for this request is because Safepoint's counsel was recently scheduled to argue an appeal, in person, in the New York State Supreme Court, Appellate Division Third Judicial Department on the afternoon of January 6, 2020.

     This is the first request for an adjournment and, apart from the filings required prior to the conference, the request does not affect any other dates. Counsel for Plaintiff Guy Carpenter & Company LLC consents to this request. We thank the Court for its consideration of this request.

                         Respectfully submitted,

                         /s/ *Frank Misiti*

                         Frank Misiti

cc: All counsel of record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

5055462.v1